IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 00-153 |
|---|---|---|
| v. | : | |
| RICHARD WILLIAM CROSSAN | : | CIVIL ACTION NO. 13-5342 |

## ORDER

**AND NOW**, this 24th day of February, 2014, upon consideration of Richard William Crossan's *pro se* Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Crim. Docket No. 34) and all documents filed in connection therewith, **IT IS HEREBY ORDERED** that the Motion is **DENIED**. As Crossan has failed to make a substantial showing of the denial of a constitutional right, there is no basis for the issuance of a certificate of appealability. The Clerk is directed to **CLOSE** Civil Action No. 13-5342.

BY THE COURT:

/s/ John R. Padova

_____

John R. Padova, J.